IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MACK HALE and ) | |
| MARILYN HALE ) | |
| ) | NO.   3:14-cv-00166-DRH-DGW |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, and ) | |
| THE VETERANS ADMINISTRATION ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

### COUNT I

NOW COMES THE PLAINTIFF, MACK HALE, by his attorneys, the Womick Law Firm Chtd., and for his Complaint against the DEFENDANTS, the UNITED STATES OF AMERICA and THE VETERANS ADMINISTRATION, states as follows:

1. That in April, 2011, the Marion Veterans Affairs Medical Center was a hospital and medical center located in Marion, Illinois owned and operated by the Department of Veterans Affairs of the United States of America.

2. That at all times referred to herein Mack Hale and Marilyn Hale were husband and wife and resided in Anna, Union County, Illinois;

3. That on April 21, 2011, Mack Hale was admitted to the Marion Veterans Affairs Medical Center where he underwent cataract surgery performed on him by Dr. Irene Fedorovich;

4. That at all times referred to herein Dr. Irene Fedorovich was employed by the Defendants, the United States of America and/or The Veterans Administration and was acting

within the scope of her employment at the time that she provided care to the Plaintiff, Mack Hale;

5. That at said time and place Dr. Fedorovich, the physician performing the cataract surgery on Mack Hale, had a duty to possess and apply the knowledge and use the skill and care of a reasonably well qualified ophthalmologist in performing cataract surgery;

6. That Dr. Fedorovich, as an employee of the United States and The Veterans Administration violated said duty and committed one or more of the following acts or omissions of negligence;

    a. That while attempting to extract the cataract Dr. Fedorovich negligently dropped the lens nucleus into the Plaintiff's eye, and was unable to remove it during the surgical procedure;

7. That as a direct and proximate result of said acts or omissions of negligence on the part of Dr. Fedorovich as an employee of the United States of America and The Veterans Administration, Mr. Hale was required to have additional medical care, subsequent surgery, has and will suffer pain, has suffered a decrease in enjoyment of life, has incurred medical expenses and has become disabled;

WHEREFORE THE PLAINTIFF, MACK HALE, prays for judgment against the DEFENDANTS, the UNITED STATES OF AMERICA and THE VETERANS ADMINISTRATION for an amount in excess of $75,000.00 (Seventy-five Thousand Dollars).

**COUNT II**

NOW COMES THE PLAINTIFF, MARILYN HALE, by her attorneys, the Womick Law Firm, Chtd., and for Count II of her Complaint against the UNITED STATES OF AMERICA

and THE VETERANS ADMINISTRATION, states as follows:

1. That in April, 2011, the Marion Veterans Affairs Medical Center was a hospital and medical center located in Marion, Illinois owned and operated by the Department of Veterans Affairs of the United States of America.

2. That at all times referred to herein Mack Hale and Marilyn Hale were husband and wife and resided in Anna, Union County, Illinois;

3. That on April 21, 2011, Mack Hale was admitted to the Marion Veterans Affairs Medical Center where he underwent cataract surgery performed on him by Dr. Irene Fedorovich.

4. That at all times referred to herein Dr. Irene Fedorovich was employed by the Defendants, the United States of America and/or The Veterans Administration and was acting within the scope of her employment at the time that she provided care to the Plaintiff, Mack Hale;

5. That at said time and place Dr. Fedorovich, the physician performing the cataract surgery on Mack Hale, had a duty to possess and apply the knowledge and use the skill and care of a reasonably well qualified ophthalmologist in performing cataract surgery;

6. That Dr. Fedorovich, as an employee of the United States and The Veterans Administration violated said duty and committed one or more of the following acts or omissions of negligence;

    a. That while attempting to extract the cataract Dr. Fedorovich negligently dropped the lens nucleus into the Plaintiff's eye, and was unable to remove it during the surgical procedure;

7. That as a direct and proximate result of said acts or omissions of negligence on the part of Dr. Fedorovich as an employee of the United States of America and The Veterans

Administration, Mr. Hale was required to have additional medical care, subsequent surgery, has and will suffer pain, has suffered a decrease in enjoyment of life, has incurred medical expenses and has become disabled;

8. That as a direct and proximate result of the negligence referred to herein and the damages and injuries sustained by her husband, Marilyn Hale has suffered a decrease in her husband's society and support.

WHEREFORE THE PLAINTIFF, MARILYN HALE, prays for judgment against the DEFENDANTS, the UNITED STATES OF AMERICA and THE VETERANS ADMINISTRATION for an amount in excess of $75,000.00 (Seventy-five Thousand Dollars).

\s\ John Womick
Attorney for Plaintiff

John Womick
Womick Law Firm Chtd.
501 Rushing Drive
Herrin, IL 62948-3738
Ph 618-993-0911
FAX 618-998-9991