UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MACK HALE, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.                  No. 14-cv-166-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 29, 2015, this case is **DISMISSED** with prejudice.

                        JUSTINE FLANAGAN,
                        ACTING CLERK OF COURT

                        BY:    /s/Caitlin Fischer
                               Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.04.11 16:33:10 -05'00'

APPROVED:
    U. S. DISTRICT JUDGE